UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 24-MJ-00143-KAS |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| TEAK BROCKBANK, | ) | |
| a/k/a "TEAK TY BROCKBANK," | ) | |
| Defendant | ) | |

## GOVERNMENT'S MOTION FOR DETENTION

The United States of America respectfully moves for an order to detain Defendant Teak Brockbank, who poses a danger to public officials throughout Colorado and elsewhere, to federal law enforcement, and to his fellow citizens.

## FACTUAL BACKGROUND

In or about late 2021, Defendant began to express his view that violence against public officials was necessary, and over the course of the following years he publicly and repeatedly threatened the lives of election officials, state judges, and federal law enforcement agents on social media accounts.

- For example, on August 4, 2022, Defendant posted: "People like [Arizona Election Official-1] and [Colorado Election Official-1] . . . . Once those people start getting put to death then the rest will melt like snowflakes and turn on each other. . . . This is the only way. So those of us that have the stomach for what has to be done should prepare our minds for what we all [a]re going to do!!!!!! It is time."

- Defendant posted as follows about a Colorado state judge on October 2, 2021: "I could pick up my rifle and I could go put a bullet in this Mans head and send him to explain himself to our Creator right now. I would be Justified!!! Not only justified

1

but obligated by those in my family who fought and died for the freedom in this

country. . . . What can I do other than kill this man my self? No one will do it for

me . . . ."

- Finally, Defendant threatened federal law enforcement on July 20, 2022, posting: "ATF CIA FBI show up to my house I am shooting them peace's of shit first No Warning!! Then I will call the sheriff!!! With everything that these piece of shit agencies have done I am completely justified to just start dropping them as soon as they step on my property! justified."

When agents with the Federal Bureau of Investigation contacted him in late 2023 about these and

other threatening social media posts he had issued, he responded that FBI "are scum," hung up the

phone, and continued until as recently as the last few months to post threatening messages targeting

federal law enforcement and Colorado Election Official-1 (often using a new social media

platform). Defendant, a convicted felon, was also in possession of multiple firearms until agents

executed a search warrant at his residence on August 23 and he stated as recently as November

2023 that he does "not go anywhere without a firearm." Because Defendant is a dangerous threat

to the community—to public officials, law enforcement, and others—the Court should detain him

pursuant to 18 U.S.C. § 3142.

## I.   **Defendant's Threatening Communications**

On August 4, 2022, Colorado Election Official-1's Office circulated to Colorado-based

federal law enforcement authorities a series of threatening communications that targeted Colorado

Election Official-1 and Arizona Election Official-1. The posts were issued by an individual with

the user name "Teakty4u" on two social media platforms: (1) Rumble (a social media provider

that functions like YouTube) and (2) Gab (a social media provider that functions like X, formerly

Twitter). A subsequent federal investigation unearthed numerous additional threatening posts and other communications targeting these same two public officials, state judges, federal law enforcement authorities, and others. During a post-arrest interview on Friday, August 23, 2024, when he was shown copies of some of the threatening communications contained in the complaint, Defendant admitted that he controlled the relevant accounts and issued the communications ("You're asking me if someone else could have posted, I don't think so . . . . [I]f it's talking about accountability for corrupt people, I did it. You don't see me on there saying that good people should be shot in the head by firing squad, do you?").

The complaint affidavit, ECF No. 6, provides a detailed recitation of the relevant threatening communications and the government will not repeat each of those allegations here. But a handful of the communications described in the complaint as well as some additional communications (some quite recent) that were not included in the complaint merit emphasis here.

A.    Defendant's Threats to Election Officials

Over the course of the last few years, Defendant has repeatedly threatened Colorado Election Official-1 and Arizona Election Official-1, and he continued to threaten Colorado Election Official-1 as recently as this month.

For example, in September 2021, in response to a post about Colorado Election Official-1 purportedly "[d]estroy[ing]" election data, Defendant posted on Gab:

> I live in Communist Colorado and this Crazed liberal and many others in Communist Colorado needs to- No has to Hang she has to Hang by the neck till she is Dead Dead Dead. There will be accountability for these peoples actions in Communist Colorado and it won't be judges and it won't be weakmided [sic] cops that bring it!!! It will be Me it will be You it Will be every day people that understand that there life does not matter anymore with the future our country has laid out before it by Robber Barons /Unelected Bureaucrats/ Libtards. . . .

That same day, he issued another post on Gab about Colorado Election Official-1:

> I live in Communist Colorado. [Colorado Election Official-1] and
> many others have to HANG. These people have to hang by the neck
> till they are Dead Dead Dead . . . No One else is going to do it for us
> we will have to do it ourselves!!!!! Grow some balls realize that your
> future is screwed anyways but you can make it better for others …
> Mark My Words.

Defendant continued threatening Colorado Election Official-1, and began threatening

Arizona Election Official-1, in 2022. When other users suggested violence and rebellion in August

2022, Defendant agreed in this Rumble post:

> You're exactly right 100% on target!! People just like [Arizona
> Election Official-1] and [Colorado Election Official-1] Our
> communist!! They are bought and paid for by people like George
> Soros Mark Zuckerberg and they're like!! What these people are
> doing is treason subversion of the American people's will!! There is
> no other answer but to execute these people for their actions!! There
> has to be accountability or this country is lost."

That same day, also on Rumble, he added:

> [W]e the people that know the truth of things need to go get those
> that we know that are guilty. People like [Arizona Election Official-
> 1] and [Colorado Election Official-1].. Once those people start
> getting put to death then the rest will melt like snowflakes and turn
> on each other and we will just sit back why the worst of them get
> pointed out and we put them against the wall as well… MARK MY
> WORDS.. This is the only way. So those of us that have the stomach
> for what has to be done should prepare our minds for what we all
> Are going to do!!!!!! It is time..

Defendant left no ambiguity that he was threatening unlawful violence, making clear that he was

not advocating for state-sanctioned legal process but lawless executions in this Rumble post from

July 2022:

> I'll truly believe there is no other way to fix this mess in Colorado
> and places like Arizona without executing these evil people. The
> people have to take matters into their own hands. People like the
> secretary of state of Colorado the secretary state of Arizona have to

4

> be put to death. Not to court trials and crooked judges Incompetent
> law-enforcement. . . .

Defendant's focus on holding officials "accountable" by personally executing them continued in 2023. In January 2023, he posted on Rumble, "I promise you all this. [Arizona Election Official-1] does not want anyone to put a bullet in her head/ kill her and all those that helped her! I'm pretty positive [Arizona Election Official-1] and those like her do not want any of us to find them and hold them accountable for their Actions ourselves . . . ." That same day, he posted on the comment thread of another Rumble video depicting Arizona Election Official-1's swearing-in ceremony: "Death For her and all those that are in it with her there is no other solution she hast to die!! We have to kill all these people and remove them and remind those that wanna be like them there is punishment for their actions. Permanent punishment!!!"

And as recently as last month, July 2024, Defendant continued to threaten Colorado Election Official-1 using an account on social media provider Truth Social (with username "Teakty4U"). In the below post, Defendant focused on the Colorado Election Official-1's role in the recent prosecution of a former Mesa County Clerk and Recorder:



Under the circumstances, there is little reason to believe that Defendant would cease threatening public officials if he were released.[1]

B.   Defendant's Threats to Colorado State Judges

Defendant has also threatened the lives of state judges in Colorado, including one judge who served for many years here in the southwestern area of this state.

First, Brockbank threatened a state judge in Montezuma County. The judge had overseen Brockbank's probation on his fourth driving under the influence conviction. In October 2021, Brockbank posted on Rumble:

> The judge making the decisions for Montezuma County in Colorado... Cortez Communist Colorado is a Nazi. Probably doesn't even know that he is a fascist but a fascist he is to the letter.... What can I do to stop this MAN that has been Told he is violating our Constitution. More and more and more as time goes on. but then tries to say O He was given the power to violate our

---

[1] Defendant contended during his post-arrest interview on August 23 that he was not a "vigilante" and that, essentially, he hoped his posts would merely "wake people up."

6

> Constitution by Congress!!!!!!! I could pick up my rifle and I could go put a bullet in this Mans head and send him to explain himself to our Creator right now. I would be Justified !!! Not only justified but obligated by those in my family who fought and died for the freedom in this country. . . .i've watched been going on and what is going on in our community . We know what he is doing and We know what he is??? What can I do other than kill this man my self? No one will do it for me I do live in Communist Colorado…

In a text message from September 2021 that the government obtained pursuant to an Apple iCloud warrant, Brockbank threatened this same judge: "There is a judge in our courthouse that is still forcing people to wear masks!! He needs to be held accountable. Before he even did all this he was already on my list for being a crook in a powerful position but now I am justified!!!"

A similar text message Defendant sent in March 2022 reflected his intent to execute judges:

> I've had a lot of judges judge me. And they were wrong so I think people like me should and have to start doing the judging here on earth. They will explain themselves to our creator and people just like me will arrange the meeting! That's the only way God fearing patriots will be able to live in peace . . . till the end of our days is if we start holding accountable the wicked ourselves because no one's gonna do it for us here on earth!!

More recently, in December 2023, Defendant threatened Colorado Supreme Court judges, when he texted another individual, "Four judges in Colorado have removed President Trump from the ballot in Colorado. their names have been added to my list....."

C.   Defendant's Threats to Federal Law Enforcement

Finally, Defendant has repeatedly (and recently) threatened the lives of federal law enforcement agents. Indeed, great precautions were undertaken last week to ensure the safety of agents who executed Defendant's arrest warrant and the search warrant at his residence.

In July 2022, Defendant posted on Gab: "ATF CIA FBI show up to my house I am shooting them peace's of shit first No Warning!! Then I will call the sheriff!!! With everything that these piece of shit agencies have done I am completely justified to just start dropping them as soon as

they step on my property! justified." Subsequently, in August 2022, Defendant posted on Gab, "AR15 is a civilian weapon. Single fire! IRS agents will be Carrying military grade weapons. AR16s and up. Full Auto! For every five rounds you shoot IRS agents will be able to put whole 30 round magazines down range at you!!! If you have to engage these communist do it from Range with a ranged weapon. The larger the caliber the better . . . ." And in June 2024, using his Truth Social account, Defendant posted the following about Internal Revenue Service agents:



These and other posts deeply concerned federal agents tasked with executing the arrest warrant for Defendant and the search warrant for his residence. Agents ultimately elected to arrest Defendant in a safe location away from his residence. During his post-arrest interview on August 23, Defendant provided his perspective on why agents had not arrested him at his home: "The only reason you guys didn't come to my house is because you knew I would have fought. . . . You guys only kick people's doors in that you know won't fight back. The only reason you don't go after people like me [is] because you know we wouldn't leave, we wouldn't go with you."

D.    Defendant's Private Expressions of an Intent to Engage in Unlawful Violence

In addition to many of the above-described publicly posted threatening communications, Defendant has for years also privately expressed a strong desire to personally engage in acts of unlawful violence (to, in his own words, hold officials "accountable").

For example, in March 2022, he sent a text message to a family member expressing frustration that they were preventing him from personally executing government officials:

> [Y]ou all know I'm right. . . . The only way to stop the wicked is for good men to kill them so other wicked men are afraid to be wicked. You've always helped me but recently I feel like you guys are only trying to stop me from holding those people I know are guilty that in my community accountable!! Because you guys know they're guilty as much as I do because I told you the things I was seeing and hearing with my own eyes in my own ears. You guys know I'm justified and that I'm right so you're only trying to buy me off the kick the can down the road. This country is going to face plant soon and when it does nothing is gonna stop me in those like me from doing what needs to be done we are not our fathers weak minded fools . . . .

Subsequently, in September 2023, he explained to his stepfather in a text message that his stepfather was "right to worry [about Defendant]! when you and mom die because of your jab. I will want accountability for those that I know that are guilty and nothing will be stopping me then because you guys will be gone!"

Defendant has even threatened members of his own family. In one text message to a family member in September 2023, he wrote, "[I]f you, your brother, or anyone else ever trys to kick me out of this house after throwing my life away to be here all the time I will end that person's life, and whoever else is helping them kick me out.. like, if your brother ever trys to kick me out in a few years after Grandma's dead, I will kill him. I will hunt him down and take his life. . . . So I want you to know I am preparing myself mentally the hope [sic] you folks accountable!"

Privately, Defendant has also explained that he would do anything in his power to avoid being subjected to criminal process, and he has expressed a disdain for the American legal system. For example, in August 2023, after he was turned down for a firearm purchase because of his prior felony, he told his stepfather in a text message, "Why are you so concerned about following this overthrown government[']s laws that do not even make sense, and that are only to hold us down..why do you keep insisting on worrying about and following this overthrow governments laws???" Subsequently, after complaining about the justice system and the amount of time he had spent in jails and prisons over the course of his life, Defendant explained in an April 2024 text message to a friend that he would "never allow myself to be locked inside 4 walls by the corrupt people that is our justice system." And in an earlier June 2021 message, Defendant echoed that message: "I will never be put in jail again. Never it will not happen I will not submit to crooked judges crooked cops crooked laws crookedness!"

Recently, Defendant has indicated that he believes that his time is running short. In a text message to a family member from May 2024, he wrote: "[I]'ve had the feeling for sometime that my life here on earth is limited and I'm running out of time. . . I think about it often and what I should do about it . . . ."

E.      Defendant's Possession of Firearms

Defendant has been a convicted felon for over two decades, and therefore cannot possess firearms. He knew as much, texting his stepfather in September 2023 as follows: "I have a felony for receiving stolen property, a class five felony."[2] But Defendant's communications and photographs in his Apple iCloud account, as demonstrated in the complaint, reflect that he has regularly possessed firearms for at least the last five years. During the execution of a search warrant at Defendant's residence on August 23, agents located approximately six firearms spread out in Defendant's closet as well as right near his front door. There was so much ammunition in the residence that agents elected not to count it. The firearm near the front door, moreover, was loaded and cocked:



Images of some of these weapons and related accessories (including a sight) appear below:

---

[2] During his post-arrest interview, however, Defendant contended that he is not a convicted felon. He falsely explained that he was told that the only reason he could not purchase firearms is because of "unpaid fines" and because he had a "class five misdemeanor."









13

Defendant left no doubt in his post-arrest interview that the firearms belonged to him. He was asked, "Does anybody store a gun at your house?" Defendant responded, "No, just me."

## **LEGAL STANDARD**

The Bail Reform Act provides, in relevant part, that if a judicial officer "finds that no condition or combination of conditions will reasonably assure . . . the safety of any other person and the community, such judicial officer shall order the detention of the person before trial." 18 U.S.C. § 3142(e)(1). In determining whether any conditions of release will reasonably assure the safety of others and the community, the court must "take into account the available information concerning" four factors set out in 18 U.S.C. § 3142(g). These factors are: (1) the nature and circumstances of the offense charged, including whether the offense is a crime of violence; (2) the weight of the evidence; (3) the history and characteristics of the defendant; and (4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release. *See* 18 U.S.C. § 3142(g).

The government moves to detain Defendant pursuant to 18 U.S.C. § 3142(f)(1)(A) because the current interstate threat charge is a "crime of violence," *see United States v. Dai*, No. 3:23-CR-478, 2023 WL 11016392, at *4 (N.D.N.Y. Dec. 19, 2023) (holding that "§ 875(c) is a crime of violence under the Bail Reform Act") as well as pursuant to 18 U.S.C. § 3142(f)(2)(B) because this case involves a serious risk that Defendant will "threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness."

Section 875(c) provides: "Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both."

A.    The Nature and Circumstances of the Offense

The nature and circumstances of the offense here are extremely serious, and demonstrate that Defendant is a danger to public officials and officers as well as to the community at large. For years, Defendant has communicated death threats toward election officials, state judges, federal law enforcement, and others. These threats have been vicious and terrifying, and have resulted in multiple reports to federal law enforcement. Defendant has promised to undertake this violence himself: "It will be Me"; "[W]e will have to do it ourselves"; "So those of us that have the stomach for what has to be done should prepare our minds for what we all Are going to do"; "We have to kill all these people." He has, moreover, targeted specific officials for retribution (he even claims to have a "list") and has incited others to engage in similar violent activity.

Defendant posted many of these threats on the Internet. But the Tenth Circuit has explained in a similar case that

> [s]everal attributes of the Internet substantially amplify the fear an individual can instill via threats or incitement. Such threats have the ability to reach a vast audience—far more than the traditional speaker or author published in a single venue. The threats may often come cloaked in anonymity, allowing authors to make menacing statements they would never consider making to an individual in person. And, given the prevalence and diversity of Internet fora and discussion boards, such exhortations may often find a receptive audience of like-minded individuals—perhaps audiences more willing to do the bidding of one urging violent action.

*United States v. Wheeler*, 776 F.3d 736, 745 n.4 (10th Cir. 2015). Here, the fact that Defendant's posts were made on the Internet could have rendered them more terrifying for victims, particularly given that Defendant would have remained anonymous had the government not ascertained his identity.

Finally, Defendant's possession of and strong attachment to firearms ("I do not go anywhere without a firearm") only amplifies the physical danger he poses to others.

B.    The Weight of the Evidence

The evidence concerning both the threats and the anticipated felon-in-possession charges in this matter, moreover, as demonstrated above, is very strong.

With regard to the threat charges, a "true threat" is "a serious expression of an intent to commit an act of unlawful violence to a particular individual or group of individuals." *Virginia v. Black*, 538 U.S. 343, 344 (2003). The government does not have to prove that the defendant actually intended to carry out the threat, *id.*, or even that the defendant had the ability to do so, s*ee United States v. Heineman*, 767 F.3d 970, 975 (10th Cir. 2014). A true threat does not need to be communicated directly to its intended victim, *see United States v. Martin*, 163 F.3d 1212, 1216–17 (10th Cir. 1998) ("This court has not required that true threats be made directly to the proposed victim"), or specify when it will be carried out, *see United States v. Martin*, 163 F.3d 1212, 1214 (10th Cir. 1998); *see also United States v. Parr*, 545 F.3d 491, 497 (7th Cir. 2008). The communication must be one that a reasonable observer, considering the context and circumstances of the statement would interpret as a true threat. *See Counterman v. Colorado*, 600 U.S. 66, 82 (2023).

At trial, the government will need to prove the following elements beyond a reasonable doubt:

1.  The defendant knowingly transmitted a communication;

2.  The communication contained a true threat to injure any person;

3.  The defendant transmitted the communication [a] with the purpose of making a true threat; [b] with knowledge the communication would be understood as a true threat; or [c] in conscious disregard of a substantial and unjustifiable risk that the communication would be understood as a true threat; and

4.   The communication was transmitted in interstate commerce.

*See Counterman*, 600 U.S. at 74, 79; *Black*, 538 U.S. at 359-60.

First, the government will be able to prove that Defendant knowingly transmitted the threatening communications. Defendant has admitted to controlling the Gab and Rumble accounts discussed above. During his post-arrest interview, moreover, he admitted that he issued many of the communications described in the complaint and in this memorandum. Even if he had not made these admissions, the complaint identifies the significant nexus between the accounts and Defendant's personal identifiers, personal devices, and residence. *See* ECF No. 6 at ¶¶ 12-24.

Second, there is powerful evidence that Defendant's communications described throughout the complaint and in this memorandum were true threats. Particularly when viewed collectively, Defendant's communications qualify as serious expressions conveying that the speaker means to commit an act of unlawful violence. Both publicly and privately, Defendant made clear that he believed violence was the necessary solution to the problems that he perceived to be plaguing the United States. And he was clear that he would participate in that violence, and that he would direct it at particular individuals. Defendant was not merely play-acting or posturing to develop a tough Internet persona. At one point in 2021, he repeatedly posted (and sent text messages to multiple contacts containing) a quotation about "Men who wanted to be left Alone." In the quotation, Defendant explained that such men "fight with raw hate, and a drive that cannot be fathomed by those who are merely play-acting at politics and terror. TRUE TERROR will arrive at the Left's door, and they will cry, scream, and beg for mercy . . . . but it will fall upon deaf ears." Defendant was serious, and his threats were serious.

Third, at the very least, Defendant acted with conscious disregard of a substantial and unjustifiable risk that the communication would be understood as a true threat. For example, at

least one victim's staff on multiple occasions forwarded some of Defendant's communications to federal investigators. In one email forwarding these communications, an official explained that the posts had a "violent tenor." The official feared that the individual (at that time, Defendant's identity was unknown) "was planning to come into contact" with election administrators. Defendant's unlawful ownership of firearms, moreover, reinforces the inference that he possessed the intent to engage in unlawful violence. *See United States v. Wolff*, 370 F. App'x 888, 898 (10th Cir. 2010) ("Similarly, in this case, Defendant admits to writing and mailing the statements at issue, but contends they were not true threats, merely political rhetoric. We conclude the evidence of Defendant's possession and placement of firearms and ammunition in his residence and vehicle goes to whether he possessed the intent and ability to carry out his threat of lethal force against those authorities sent to foreclose on his residence, which is probative of his state of mind and tends to counter his benign purpose defense.").

Finally, the communications traveled in interstate commerce. There is strong reason to believe that Defendant was located in Colorado at the time of each of the communications in the proposed indictment, including bank records and historical cell site location information. And neither Gab nor Rumble have servers in Colorado. Accordingly, his communications over those platforms necessarily crossed state lines. *See United States v. Kammersell*, 196 F.3d 1137, 1138-39 (10th Cir. 1999) (once communication crosses state lines, however briefly, jurisdictional element of section 875(c) is satisfied).

That Defendant has not yet, to the government's knowledge, engaged in actual violence toward these officials is irrelevant because, as noted above, the "prohibition on true threats 'protect[s] individuals from the fear of violence' and 'from the disruption that fear engenders,' in addition to protecting people 'from the possibility that the threatened violence will occur.'" *Black*,

538 U.S. at 360 (quoting *R.A.V. v. City of St. Paul*, 505 U.S. 377, 388 (1992)). Nor would it matter if Defendant were to argue that he never intended to carry out the threats, since the government is under no obligation to prove as much. *See id.* Moreover, the fact that Defendant has not *yet* engaged in violence is not guarantee that he will not do so in the future.

In our country, there are countless appropriate vehicles to communicate frustration, dissent, and anger with politicians and decisionmakers. "[V]ehement, caustic, and sometimes unpleasantly sharp attacks on government and public officials" often still fall within the bounds of the law. *See Watts v. United States*, 394 U.S. 705, 708 (1969). But Defendant's communications were far, far beyond the line. The weight of the evidence against him is strong.

C.       The History and Characteristics of the Defendant

Defendant also has a lengthy history with the criminal justice system. He has a 2002 felony conviction for receipt of stolen property that appears to have been followed by multiple violations of probation. He has also had at least four driving under the influence convictions. Defendant himself has complained about the sheer breadth of his criminal history: in April 2024, he texted another individual, "I cannot believe the amount of money and the amount of time I have spent either in jail on probation for the crimes that I have committed." This history, in conjunction with the evidence of Defendant's characteristics described throughout this motion, suggests that Defendant should not be released.

Section 3142(g)(3)(A) also requires an evaluation of a defendant's "history relating to drug or alcohol abuse." Aside from Defendant's DUI-related criminal history discussed above, he appears to be growing a sizable amount of marijuana in an outbuilding adjacent to his home, as demonstrated by this screenshot from a video obtained from his Apple iCloud account:



At bottom, Defendant's history and characteristics favor pre-trial detention here.

D.      Nature and Seriousness of the Danger to Any Person or the Community

Finally, Defendant poses a significant danger to specific individuals and to the community. He has targeted public officials and public employees based on work they have done in service to their communities and constituencies. He targeted them for years. After agents from the FBI contacted him, he doubled down and continued to post terrifying communications. In the ongoing contested election season, he poses a significant threat to the election officials who will be overseeing those elections and managing any potential disputes. As he re-enters the criminal justice system, he poses a threat to the state judges he previously threatened and to others involved in administering justice.

And he poses an imminent risk to federal law enforcement agents. Should the Court release Defendant, it is possible that he would need to be re-arrested in order to guarantee his appearance at an arraignment on an Indictment. This would once again place federal agents, whom Defendant

has repeatedly and recently threatened, into harm's way. And it is no idle concern: Defnedant has explained that he "will never be put in jail again. Never it will not happen I will not submit to crooked judges crooked cops crooked laws crookedness!" Although the loaded weapon by his door may no longer be in his home, the Court cannot ensure that Defendant (who somehow has amassed numerous weapons despite his status as a prohibited person) will not obtain access to new weapons. And Defendant's statement during his August 23 post-arrest interview bears repeating as the Court considers whether federal agents can be protected if and when they are once again tasked with bringing Defendant back before the Court: "The only reason you guys didn't come to my house is because you knew I would have fought."

## CONCLUSION

For the reasons described herein, the Court should detain Defendant until trial in this matter.

DATED at Durango, Colorado this 27th day of August, 2024.


MATT KIRSCH
Acting United States Attorney
District of Colorado

/s/ Cyrus Y. Chung
Cyrus Y. Chung
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: cyrus.chung@usdoj.gov

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

/s/ Jonathan E. Jacobson
Jonathan E. Jacobson
Trial Attorney
Public Integrity Section
1301 New York Ave. NW, 10th Fl.
Washington, DC 20005
Telephone: 202-514-1412
Email: jonathan.jacobson@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 27th day of August, 2024, I electronically filed the foregoing Motion for Detention with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.